622-15

# ELECTRONIC RECORD

COA # 06-14-00111-CR          OFFENSE: 32.31

STYLE: Thadmon Lewis v. The State of Texas          COUNTY: Gregg

COA DISPOSITION: Affirmed          TRIAL COURT: 124th District Court

DATE: 3/24/15          Publish: No   TC CASE #: 42729-B

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Thadmon Lewis v. The State of Texas          CCA #: 622-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 10/07/2015          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**